IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3087-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RAY REHA, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that:

(1)   The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 178) has been reset before the undersigned United States district judge at 1:30 p.m., Friday, May 13, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska;

(2)   At the request of the defendant through his counsel, and without objection by the government, the defendant will participate in the hearing by telephone;

(3)   The Marshal is directed not to return the defendant to the district; and

(4)   The defendant is held to have waived his right to be present.

DATED this 9th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge